25cv5708

**AFFIDAVIT OF SERVICE**

United States Courts
Southern District of Texas
FILED

DEC 04 2025

Nathan Ochsner, Clerk of Court

United States District Court

Southern District of Texas

Civil Action No. 25CV5708

George Atala, Plaintiff(s) vs Ondeck Capital, Inc., et al.., Defendant(s)

Received this Summons, COMPLAINT FOR: CIVIL RICO (18 U.S.C. §§ 1962(c), 1962(d)); TEXAS USURY;CRIMINAL USURY; FRAUD AND FRAUDULENT INDUCEMENT; TEXAS DTPA CLAIMS; UNJUST ENRICHMENT; NEGLIGENCE AND PRIVACY BREACH; THEFT LIABILITY ACT (TTLA); FRAUDULENT TRANSFER (TUFTA); NEGLIGENT MISREPRESENTATION; DECLARATORY JUDGMENT; AND DAMAGES on the 26th day of November, 2025 at 3:41 PM to be served on **Headway Capital LLC. to its registered agent National Registered Agents, Inc. at 1999 Bryan St, Suite 900, Dallas, TX 75201.**

I, Caleb Malone, do hereby affirm that on the **1st day of December, 2025 at 11:35 AM**, I:

delivered in person to **Headway Capital LLC. to its registered agent, National Registered Agents, Inc. to fulfillment manager Brett Bagwell** a true copy of the Summons, COMPLAINT FOR: CIVIL RICO (18 U.S.C. §§ 1962(c), 1962(d)); TEXAS USURY;CRIMINAL USURY; FRAUD AND FRAUDULENT INDUCEMENT; TEXAS DTPA CLAIMS; UNJUST ENRICHMENT; NEGLIGENCE AND PRIVACY BREACH; THEFT LIABILITY ACT (TTLA); FRAUDULENT TRANSFER (TUFTA); NEGLIGENT MISREPRESENTATION; DECLARATORY JUDGMENT; AND DAMAGES at the address of: **1999 Bryan St, Suite 900, Dallas, TX 75201**, in the county of **Dallas**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified to deliver citations and other notices.

______________________________

Caleb Malone, PSC 1574, exp. 10/31/2027

County of Dallas

December 1, 2025

Subscribed and sworn to before me on December 1, 2025, by the affiant who is personally known to me.

______________________________, NOTARY PUBLIC

BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2028
Notary ID 129009133

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

George Atala,

*Plaintiff(s)*

v.

ONDECK CAPITAL, INC.; ODK CAPITAL LLC; ENOVA INTERNATIONAL INC.; HEADWAY CAPITAL LLC; CAPTAIN CAPITAL GROUP LLC; DAVID FISHER; SEAN RAHILLY;CATHLEEN PUGH

*Defendant(s)* and DOES 1-20

Civil Action No. 25 CV 5708

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Headway Capital LLC
c/o National Registered Agents INC
1999 Bryan Street
Suite 900
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: George Atala ( Plaintiff Pro Se )
2526 Potomac
Apt B
Houston, TX 77006
Gatala727@gmail.com
832-876-8667

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV 26 2025

[signature]

*Signature of Clerk or Deputy Clerk*