United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE ATALA, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-05708 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ONDECK CAPITAL, INC, | § | |
| *et al*, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff George Atala proceeds here *pro se*. He filed this lawsuit, asserting claims against Defendants Ondeck Capital, Inc, ODK Capital LLC, Enova International Inc, Headway Capital LLC, David Fisher, Sean Rahilly, Cathleen Pugh, and Captain Capital Group, LLC, for alleged unlawful lending and collection practices. Dkt 1. The matter was referred for disposition to Magistrate Judge Richard W. Bennett. Dkt 13.

Pending is a motion by Defendant Captain Capital Group, LLC, to dismiss for insufficient service of process. Dkt 29. Captain Capital maintains that Plaintiff failed to properly serve it because service was made on a receptionist at the office of its registered agent, rather than an officer or other agent authorized to accept service of process on its behalf. Dkt 31 at 5 (memorandum of law).

Judge Bennett recommends that the motion be denied. Dkt 45. First, he determined that Plaintiff had made a sufficient showing of valid service under New York law by serving the office of the registered agent of Captain Capital. Id at 9–11. Second, he concluded that, even if service were technically deficient, actual notice to Captain

Capital of the action and the absence of any apparent prejudice nonetheless weighed against dismissal. Id at 11–14. Judge Bennett thus recommended that Plaintiff be given thirty days to cure any defect in service. Id at 14. Plaintiff later served Captain Capital on June 11, 2026. Dkt 46 (return of service).

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 45.

The motion by Defendant Captain Capital Group, LLC, to dismiss for insufficient service of process is DENIED. Dkt 29.

SO ORDERED.

Signed on June 26, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge